**FIRST DIVISION**
**ELLINGTON, C. J.,**
**PHIPPS, P. J., and BRANCH, J.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
(Court of Appeals Rule 4 (b) and Rule 37 (b), February 21, 2008)
http://www.gaappeals.us/rules/

**April 23, 2013**

# In the Court of Appeals of Georgia

A13A0394. FORD v. THE STATE.

PHIPPS, Presiding Judge.

Kwambi Ford filed a direct appeal from the trial court's denial of his motion to dismiss his indictment based upon an alleged violation of his constitutional right to a speedy trial. The Supreme Court of Georgia has recently ruled, however, that such a claim is not directly appealable and that a defendant must follow the interlocutory appeal procedures of OCGA § 5-6-34 (b).[1] Ford's appeal is therefore dismissed.[2]

*Appeal dismissed. Ellington, C. J., and Branch, J., concur.*

---

[1] *Sosniak v. State*, 292 Ga. 35, 36 (2) (734 SE2d 362) (2012); *Morris v. State*, 319 Ga. App. 198 (734 SE2d 926) (2012).

[2] See *Stevens v. State*, 292 Ga. 218 (734 SE2d 743) (2012); *Morris*, supra.